**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

June 24, 2020

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

Re:   <u>United States v. Jose Santana</u>
      18 Cr. 865 (VEC)

Dear Judge Caproni,

    The Assistant United States Attorney assigned to this case and I are both coincidentally expecting children in the third week of July, 2020. As such, we have agreed that the Government will file its brief by July 7, 2020 and I will file a reply (if necessary) on July 14, 2020. If these dates are acceptable to the Court, we respectfully request the Court modify the briefing schedule. If the Court wishes to hear oral argument on the motion, we request it as close to July 14, 2020 (or on July 14, as I will plan to file my reply brief early). Thank you for the Court's consideration.

Respectfully submitted,

Ian H. Marcus Amelkin
Eleanor Roberts*
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

*Legal Intern

Application GRANTED.

SO ORDERED.

*[signature]*
6/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE